United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-3908

_____

Lynne K. Hebble,                           *
                                           *
          Appellant,                       *
                                           *   Appeal from the United States
     v.                                    *   District Court for the
                                           *   District of Nebraska.
Union Pacific Railroad Company,            *
                                           *        [UNPUBLISHED]
          Appellee.                        *

_____

Submitted: April 13, 1998
    Filed:  May 7, 1998

_____

Before McMILLIAN, BOWMAN,[1] and MURPHY, Circuit Judges.

_____

PER CURIAM.

     Plaintiff Lynne K. Hebble appeals from the order of the District Court[2] granting summary judgment to defendant Union Pacific Railroad Company in Hebble's action raising claims of gender discrimination and retaliatory discharge. Having considered the record and the arguments and briefs of the parties, we are satisfied the District Court committed no error of law and summary judgment was correctly granted. As a

_____

[1]The Honorable Pasco M. Bowman became Chief Judge of the United States Court of Appeals for the Eighth Circuit on April 18, 1998.

[2]The Honorable William G. Cambridge, Chief Judge, United States District Court for the District of Nebraska.

matter of law, Hebble's evidence is insufficient to show that Union Pacific discriminated against her on the basis of gender or that Union Pacific retaliated against her for engaging in a protected activity.  The judgment of the District Court is

AFFIRMED.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.